

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2019

No. 04-19-00235-CR

Nathan Manuel **CANALES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 18-07-12935-CR
Honorable H. Paul Canales, Judge Presiding

## O R D E R

The clerk's record has been filed, but does not contain a copy of the trial court's certification of the defendant's right of appeal as required by the Texas Rules of Appellate Procedure. Tex. R. App. P. 25.2(a)(2)(d), 34.5(a)(12), App'x D. We order the trial court clerk to file a supplemental clerk's record containing the trial court's certification of the defendant's right of appeal by May 30, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court